809 F.2d 1419
 SOCIALIST WORKERS PARTY; Leroy Watson; Louise Pittell;
and Dean Peoples, Plaintiffs-Appellants,
v.
SECRETARY OF STATE Of the STATE OF WASHINGTON, Ralph Munro,
Defendant-Appellee.
 No. 84-3806.
 United States Court of Appeals,
Ninth Circuit.
 Feb. 9, 1987.
 
 Daniel H. Smith, Seattle, Wash., for plaintiffs-appellants.
 James Johnson, Sp. Asst. Atty. Gen., Olympia, Wash., for defendant-appellee.
 Before BROWNING, Chief Judge, GOODWIN and SKOPIL, Circuit Judges.
 
 
 1
 Prior report: --- U.S. ----, 107 S.Ct. 533, 93 L.Ed.2d 499.
 
 ORDER
 
 2
 This cause is remanded to the district court for further proceedings in conformity with the Supreme Court's opinion in the above entitled case.